UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BLOOMFIELD MB IX, LLC,** *Plaintiff,* v. **NEW FRONTIERS MAPLE HOLDINGS, LLC, et al.,** *Defendants.* | Civil Action No. 14-7245 ORDER |

**THIS MATTER** comes before the Court on Plaintiff Bloomfield MB IX, LLC's ("Bloomfield") motion for default judgment, Dkt. No. 30, and Defendant 7th Heaven Trust, Matthew Fogg, Trustee's ("7th Heaven Trust") motion to vacate, Dkt. No. 34;

and this Court having held oral argument on March 31, 2016;

and for the reasons set forth on the record on that date;

**IT IS** on this 31st day of March, 2016;

**ORDERED** that 7th Heaven Trust's motion to vacate is **GRANTED**; and it is

**ORDERED** that Bloomfield's motion for default judgment against the remaining defendants is **GRANTED** as to the amount certain of $2,403,706.52 and **DENIED** as to the request for foreclosure; and it is further

**ORDERED** that Bloomfield shall submit a renewed application for foreclosure by no later than **May 1, 2016**.

/s Madeline Cox Arleo
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE